**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENYA HARRIS | Chapter 13 |
| Debtor | Bankruptcy No. 12-10462-JKF |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

      **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: June 29, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
KENYA HARRIS

302 SPRINGTON RD.
UPPER DARBY, PA 19082