# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 13 |
| Kenya Harris | : |
| | : |
| Debtors | : Case No.: 12-10462 AMC |

## ORDER

AND NOW, this __6th__ day of __March__, 2018, it is hereby Ordered and Decreed that the terms set forth in the Loan Modification Agreement between Kenya Harris, as mortgagor and Wells Fargo Bank, N.A, as mortgagee are approved.

FURTHER ORDERED:

_____
Judge Ashely M. Chan